MARTIN A. SCHAINBAUM (CSBN 37257)
BRYANT W.H. SMITH (CSBN 250035)
ANDREW ALLEN (CSBN 269502)
351 California Street, Suite 800
San Francisco, CA 94104-2406
Telephone:   (415) 777-1040
Fax:         (415) 981-1065
Email:       schainbm@taxwarrior.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 10-0171 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MOVE SURRENDER DATE TO OCTOBER 22, 2012** |
| v. | |
| INSOO KIM, | |
| Defendant. | |

## STIPULATION

The Court ordered Defendant to surrender himself to the custody of the U.S. Marshalls on August 15, 2012. The United States and Defendant, through undersigned counsel, hereby stipulate and agree for Defendant's surrender date to be moved from August 15, 2012 to October 22, 2012.

In support of the parties' stipulation, Defendant states that:

1. An October 22, 2012 surrender date is likely to be less damaging to Melody Painting's business than the previously-ordered August 15, 2012 surrender date.

2. The August 15, 2012 surrender date would be a hardship for Defendant because of its impact on Defendant's work at Melody Painting during the summer season. Accordingly, the October 22, 2012 surrender date would lessen the impact on the business of Melody Painting.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: May 31, 2012

THOMAS MOORE
Assistant United States Attorney

MARTIN A. SCHAINBAUM
A Professional Law Corporation

DATED: 31 May 2012

MARTIN SCHAINBAUM
Counsel for Plaintiffs

## ORDER

Based on the above agreement and stipulation of the parties to this action, and good cause appearing therefor, it is hereby

ORDERED that Defendant surrender himself to the custody of the U.S. Marshall Service on October 22, 2012, in lieu of the previously-ordered August 15, 2012 surrender date.

DATED: 6/1/12

RICHARD SEEBORG
United States District Judge